STATE OF CONNECTICUT *v.* THOMAS CENTENO

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 906 (AC 20184), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, with respect to the question of whether one of the jurors and the defendant knew each other from a prior, possibly criminal relationship, the trial court did not abuse its discretion in not inquiring or investigating further?"

The Supreme Court docket number is SC 16494.

*Joseph Visone*, special public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided March 15, 2001

IN RE ASHLEY S. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 61 Conn. App. 658 (AC 20655), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Kristen S.*, pro se, in support of the petition.

Decided March 15, 2001